UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HEATHER B., *et al*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-3579 |
| | § § | |
| HOUSTON INDEPENDENT SCHOOL DISTRICT, *et al*, | § § | |
| Defendants. | | |

## ORDER

During a hearing on February 1, 2019, the Court held that the parties were permitted to amend pending motions and provide supplemental briefing ahead of a hearing set for April 18, 2019, wherein the Court would hear all motions and briefs.

The Court hereby ORDERS that all briefs and motions must be filed by February 20, 2019, responses must be filed by March 8, 2019, and replies must be filed by March 22, 2019. Additionally, all pending motions before the Court (Doc. #25, Doc. #43, Doc. #49, Doc. #55, Doc. #56, Doc. #62, Doc. #63, and Doc. #81) are hereby DENIED AS MOOT.

It is so ORDERED.

FEB 1 1 2019
Date

The Honorable Alfred H. Bennett
United States District Judge

1