United States District Court
Southern District of Texas
**ENTERED**
March 31, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HEATHER B., *et al*, § § Plaintiffs, § VS. § § HOUSTON INDEPENDENT SCHOOL § DISTRICT, *et al*, § § Defendants. § § § | CIVIL ACTION NO. 4:17-CV-3579 |

## ORDER

Before the Court are United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on March 9, 2021 (Doc. #155), Plaintiffs' Objections (Doc. #158), and Defendant Pearland Independent School District's Objections (Doc. #161). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable law, the Court adopts the Memorandum and Recommendation as this Court's Order.

It is so ORDERED.

MAR 3 1 2021
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge